UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

VERONICA VALENCIA, as Parent and Natural Guardian
of A.M., and VERONICA VALENCIA, Individually,

**SUGGESTION OF DEATH**

                        *Plaintiffs*,

No. 26 CV 3630 (KPF)

                -against-

KAMAR H. SAMUELS, in his official capacity as
Chancellor of the NEW YORK CITY DEPARTMENT OF
EDUCATION, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                        *Defendants*.

------------------------------------------------------------------------- x

        **TAKE NOTICE** that Defendants Kamar H. Samuels and the New York City

Department of Education, by and through their counsel, Steven Banks, Corporation Counsel of

the City of New York, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, do

hereby suggest upon the record the death of Plaintiff A.M.

Dated:      July 8, 2026
             New York, New York

                        **STEVEN BANKS**
                        *Corporation Counsel of the City of New York*
                        Attorney for the Defendants
                        100 Church Street
                        New York, NY 10007
                        t: (212) 356-2649
                        f: (212) 356-1148
                        e: dthayer@law.nyc.gov

            By:    */s/ David S. Thayer*
                    DAVID S. THAYER, Esq.
                    *Assistant Corporation Counsel*

-2-

cc:     ***Via ECF***
        All counsel of record