THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

August 14, 2026

***Via ECF***

The Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: Valencia, *et al.* v. Samuels, *et al.*, No. 26 CV 3630 (KPF)**

Dear Judge Failla:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request an adjournment, to September 18, 2026, of the initial pretrial conference that is presently scheduled for August 28, 2026, as well as a concomitant extension of the deadlines for filing the parties' proposed civil case management plan & scheduling order and their joint letter in advance of that conference.

Unfortunately, I will be unavailable on August 28, 2026, as well as throughout early September, due to a preplanned family vacation out-of-state, as well as a wedding in which I am a member of the party. In addition to these scheduling conflicts (and also a result of them), greater time is needed for the parties' counsel to confer in advance of an initial pretrial conference. It is my belief that greater time to confer is especially needed in light of the Suggestion of Death filed in this action on or about July 8, 2026. (ECF No. 15.)

This is the Defendants' first request for an adjournment of the initial pretrial conference, as well as their first request for a concomitant extension of the deadline to file the parties' joint letter and proposed civil case management plan and scheduling order. The requested adjournment would move the initial pretrial conference from August 28, 2026, to September 18, 2026. As noted above, Plaintiffs' counsel has graciously consented to this request.

I thank the Court for its consideration of this application.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record

The Court is in receipt of the parties' request to adjourn the initial pretrial conference.

The initial pretrial conference is hereby ADJOURNED to **September 23, 2026** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated: August 17, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE